1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for MICHAEL STANLEY**
5

6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10 | **MICHAEL STANLEY,** | **CASE NO.:   2:10-CV-00563-EFB** |

11 |                      |                                   |
   |          **Plaintiff,** | **Stipulation and Order Extending Time to File and Serve Motion** |
12 | **vs.**              |                                   |
13 | **Michael J. Astrue, Commissioner of Social Security,** | |
14 |                      |                                   |
15 |          **Defendant.** |                                |

16

17        IT IS HEREBY STIPULATED by and between the parties, through their respective

18 undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's

19 time to file a motion for summary judgment in the above-referenced case is hereby extended to the

20 new filing date of October 12, 2010. The extension is needed due to press of business in plaintiff's

21 attorney's office.

22

23

24

25

26

27

28

1  This is the 1st request for extension by plaintiff.

2  Dated:  09/03/2010                                 /s/ Peter Brixie
3                                                     PETER BRIXIE
                                                      Attorney at Law
4                                                     Attorney for Plaintiff

5

6  Dated: 09/03/2010                        By:       /s/ Theophous Reagans
                                                      THEOPHOUS H. REAGANS
7                                                     Special Assistant U. S. Attorney
                                                      Attorney for Defendant
8

9                                      __ooo__

10  APPROVED AND SO ORDERED

11  Dated:  September 7, 2010.

12                                  _____
                                    EDMUND F. BRENNAN
13                                  UNITED STATES MAGISTRATE JUDGE