BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, SBN 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8938
    Facsimile:  (415) 744-0134
    E-Mail:  Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL STANLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 2:10-CV-00563-EFB <br> STIPULATION AND ORDER TO <br> EXTEND TIME |

      The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Motion for Summary Judgment be extended from November 12, 2010, to December 12, 2010.

      This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Counsel inadvertently failed to calendar the response and needs additional time to evaluate the defensibility of the case and to prepare a response.

///

///

///

///

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                Respectfully submitted,

Dated: November 17, 2010        /s/*Peter Brixie*
                                            (As authorized via e-mail)
                                            PETER BRIXIE
                                            Attorney for Plaintiff

Dated: November 17, 2010        BENJAMIN B. WAGNER
                                            United States Attorney
                                            LUCILLE GONZALES MEIS
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                                            */s/ Theophous H. Reagans*
                                            THEOPHOUS H. REAGANS
                                            Special Assistant United States Attorney

**IT IS SO ORDERED:**

Dated:  November 17, 2010.       /s/ Edmund F. Brennan
                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE